UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 1

| | |
|---|---|
| SPECTOR & CO.<br><br>                                **Plaintiff,**<br><br>  v.<br><br>UNITED STATES,<br>                                **Defendant.** | **S U M M O N S**<br><br>Court No.  22-00164 |

**TO:**    The Attorney General and the Secretary of Homeland Security:

      **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

                                                        **/s/ Mario Toscano**
                                                        Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | 0712 | Center (if known): | CEE008 |
| Protest Number: | 0712-21-101349 | Date Protest Filed: | 03/18/2021 |
| Importer: | Spector & Co. | Date Protest Denied: | 01/11/2022 |
| Category of Merchandise: | Notebooks | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| SCS76529537 | 11/12/2019 | 10/09/2020 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

                                                  Jason M. Kenner, Esq.
                                                  Sandler, Travis & Rosenberg, P.A.
                                                  675 Third Avenue, Suite 1805-06
                                                  New York, NY 10017
                                                  212-549-0137
                                                  jkenner@strtrade.com
                                        Name, Address**,** Telephone Number
                                        and E-mail Address of Plaintiff's Attorney

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Notebooks | 4820.10.20.60<br>9903.88.03 | Free<br>25% | 9802.00.50.60 | Either A duty upon the value of the repairs or alterations and/or Free |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:<br>Plaintiff challenged CBP's classification of the merchandise at liquidation. |

| The issue which was common to all such denied protests: |
|---|
| Whether Customs properly classified the imported merchandise. |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/Jason M. Kenner
_____
*Signature of Plaintiff's Attorney*

June 1, 2022
_____
*Date*

Form 1-3

## SCHEDULE OF PROTESTS

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)